**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MAURA MINERVA MARTINEZ,

                Plaintiff,                      19 **CIVIL** 3499 (JCM)

       -against-                      **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated May 26, 2020, the Commissioner's cross-motion is granted, and the Plaintiff's motion is denied; accordingly, the case is closed.

**Dated:** New York, New York
         May 27, 2020

                                                      **RUBY J. KRAJICK**
                                                   _____
                                                      **Clerk of Court**
                   **BY:**
                                                     _____
                                                      **Deputy Clerk**